UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

**PAM BELL,**
An individual,

    Plaintiff,

VS.                                        Civil Action No. 3:22-cv-00113

**BED PROPERTIES, INC,**
A domestic corporation,

    Defendant.

_____

## NOTICE OF SETTLEMENT
_____

    Plaintiff, PAM BELL, and Defendant, BFD PROPERTIES, INC., hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

    Dated: July 8, 2022

                                        RESPECTFULLY SUBMITTED

                                        */s/Rebecca J. Hutto*
                                        REBECCA J. HUTTO #39252
                                        Attorney for Plaintiff
                                        208 Adams Avenue
                                        Memphis, Tennessee 38103
                                        (901) 523-1844 – phone
                                        (901) 523-1857 – fax
                                        rebecca@wcwslaw.com

                                    -   AND  -

1

*/s/ J. Gregory Grisham*
J. Gregory Grisham (TN Bar No. 13810)
FISHER & PHILLIPS LLP
1715 Aaron Brenner Drive, Suite 312
Memphis, Tennessee 38120
Phone: (901) 526-0431
Fax: (901) 526-8183
ggrisham@fisherphillips.com

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

This is to certify that on July 8, 2022, a copy of the foregoing was served upon the following via the Court's CM/ECF system.

J. Gregory Grisham (TN Bar No. 13810)
FISHER & PHILLIPS LLP
1715 Aaron Brenner Drive, Suite 312
Memphis, Tennessee 38120
ggrisham@fisherphillips.com

*Attorney for Defendant*

*/s/ Rebecca J. Hutto*
REBECCA J. HUTTO