IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

PAM BELL,

    Plaintiff,

v.        Case No.: 3:22-cv-00113

BFD PROPERTIES, INC.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 17TH day of August 2022.

    RESPECTFULLY SUBMITTED;

    */s/ Rebecca J. Hutto*
    REBECCA J. HUTTO #39252
    Attorney for Plaintiff
    208 Adams Avenue
    Memphis, Tennessee 38103
    (901) 523-1844 – phone
    (901) 523-1857 – fax
    rebecca@wcwslaw.com

FISHER & PHILLIPS LLP

*/s/ J. Gregory Grisham*
J. Gregory Grisham (TN Bar No. 13810)
Attorney for Defendant
1715 Aaron Brenner Drive, Suite 312
Memphis, Tennessee 38120
Phone: (901) 526-0431
Fax: (901) 526-8183
ggrisham@fisherphillips.com